# United States District Court
# District of Minnesota

Travelers Express Company, Inc.

Plaintiff(s),

**JUDGMENT BY DEFAULT**

-vs-

Civil No. 00-2331 DSD/SRN

Paul J. Griffin

Defendant(s)

---

Affidavit of default, disbursements, identification and non-military service having been filed by plaintiff's attorney, and

It appearing that the above-named defendant has been duly served with process, that more than twenty (20) days have elapsed since said service, and that said defendant has failed to appear or plead in this cause;

Now on motion of said plaintiff's attorney, a default is hereby entered and it is

CONSIDERED, ORDERED AND ADJUDGED that the above-named plaintiff do have and recover of and from said defendant the sum of One Hundred Sixty-Eight Thousand, Four Hundred Eighteen and 70/100 Dollars ($ 168,418.70) plus interest.

FRANCIS E. DOSAL, CLERK

DATED: October 23,2000

By [signature]
Cynthia J. Francis, Deputy Clerk

| | |
|---|---|
| Principal/Damages | $ 161,112.66 |
| Costs and disbursements | $ 632.00 |
| Interest to 10/20/00 | $ 6,674.04 |
| Surcharge | $ |
| **TOTAL JUDGMENT** | $ 168,418.70 |

6