**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Travelers Express Company, Inc.,**

**Civil No. 00-2331(DSD/SRN)**

**Plaintiff,**

**v.**

**ORDER**

**Cash Connection Inc.,**
**d/b/a Cash Connection; and**
**Paul J. Griffin individually**
**and Thomas Waller,**
**suing as Thomas R. Waller, individually, and**
**d/b/a Cash Connection Inc., d/b/a Cash Connection,**

**Defendants.**

---

Del Blocher, Esq., on behalf of Plaintiff.

Craig Dokken, Esq., on behalf of Defendants.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above-entitled matter was heard by the undersigned United States Magistrate Judge on January 11, 2001, on Defendants' Motion to Change Venue to Pennsylvania Federal District Court.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendants' Motion to Change Venue to Pennsylvania Federal District Court (Doc. No. 10) is **DENIED**.

Dated: January 11, 2001

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

FILED JAN 11 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK