UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

COURT FILE NO.: 00-2331 DSD/SRN

Travelers Express Company, Inc.,

Plaintiff,

v.

Cash Connection, Inc. d/b/a Cash Connection; Paul J. Griffin, individually and d/b/a Cash Connection, Inc. a/d/b/a Cash Connection; Thomas R. Waller, individually and d/b/a Cash Connection, Inc. a/d/b/a Cash Connection,

Defendants.

STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto through their respective duly authorized and undersigned attorneys that the above-entitled action shall be and is hereby dismissed without prejudice and without costs to any party; and that the court may enter judgment herein dismissing the above action without prejudice and without costs to any party and without notice to the parties or their attorneys.

Notwithstanding this dismissal, the Court shall retain jurisdiction of this matter to enforce the Confession of Judgment given by Defendants Cash Connection, Inc. and Thomas R. Waller to Plaintiff.

Dated: 3-14, 2001.

KOVALCHUK AND CUTSHALL, P.A.

By ______________________

Mark P. Kovalchuk
Attorney Reg. No. 57861
Attorneys for Plaintiff
412 Union Plaza
333 Washington Avenue North
Minneapolis, Minnesota 55401
Telephone: (612) 373-9818

MAR 19 2001

YOST & BAILL, LLP

Dated: 3/15/01, 2001.

By ______________________

Craig T. Dokken
Attorney Reg. No. 187549
Attorneys for Defendants
2350 One Financial Plaza
120 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 338-6000

ORDER

Based upon the foregoing Stipulation,

IT IS HEREBY ORDERED THAT:

The above-entitled action shall be and is hereby dismissed without prejudice and without costs to any party.

Notwithstanding this dismissal, the Court shall retain jurisdiction of this matter to enforce the Confession of Judgment given by Defendants Cash Connection, Inc. and Thomas R. Waller to Plaintiff.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 19th day of March, 2001.

BY THE COURT:

______________________

Judge of District Court